# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3786

_____

Jackson Quintero Figueroa,             *
                                        *

           Appellant,           *
                                        *   Appeal from the United States

    v.                        *   District Court for the
                                        *   Eastern District of Arkansas.

Linda Sanders, Warden, FCI-Forrest  *
City, Arkansas,                  *   [UNPUBLISHED]
                                        *

           Appellee.           *

_____

Submitted: July 5, 2007
Filed: July 11, 2007

_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

      Jackson Quintero Figueroa appeals the district court's[1] denial of his 28 U.S.C. § 2241 motion challenging the Bureau of Prisons assignment of his Residential Reentry Center placement date. We dismiss the appeal as moot, because Figueroa was released from custody on April 6, 2007. See Calderon v. Moore, 518 U.S. 149, 150 (1996) (per curiam) (when event occurs during pendency of appeal that renders it

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

impossible for court--if it should decide case in appellant's favor--to grant effective relief, court will dismiss appeal as moot).

_____